MARGARET BRENNAN, Appellant, v. ELMER GORTON and Others, Respondents.—— In an action brought to recover damages for personal injuries alleged to have been caused by defendants' negligence, order denying without prejudice the plaintiff's

motion to open her default, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.